# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Claudio Villanueva, et al.

                Plaintiff,

v.                               Case No.: 1:15−cv−01346
                                          Honorable John Z. Lee

Washington Square Management LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2015:

      MINUTE entry before the Honorable John Z. Lee:Joint motion for Court approval of settlement and dismissal of complaint [19] is granted. This case is dismissed with each party to bear its own costs and fees. Civil case terminated. No appearance is required on the motion. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.